No. 94–814. DOUGHERTY ET AL. *v.* MARKS ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–844. CUMMINGS ET AL. *v.* DEKALB COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–864. LARSON *v.* NUTT, SHERIFF, MARTIN COUNTY. C. A. 8th Cir. Certiorari denied.

No. 94–867. HYUNDAI MOTOR CO. ET AL. *v.* PHILLIP, PERSONAL REPRESENTATIVE OF THE ESTATE OF PHILLIP, DECEASED. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 94–880. CROSS *v.* CUNNINGHAM, WARDEN. Sup. Ct. N. H. Certiorari denied.

No. 94–894. ROBERTS *v.* TOWN OF CANTON ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–895. AMERICAN UNION OF BAPTISTS, INC., ET AL. *v.* TRUSTEES OF THE PARTICULAR PRIMITIVE BAPTIST CHURCH AT BLACK ROCK, INC. Ct. App. Md. Certiorari denied.

No. 94–897. WANG, CHAIRMAN, CAMPAIGN SPENDING COMMISSION OF HAWAII, ET AL. *v.* LIND. C. A. 9th Cir. Certiorari denied.

No. 94–902. VAN WINKLE *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 94–906. RICHARDS, CONSERVATOR AND GUARDIAN OF THE ESTATE OF RICHARDS *v.* MICHELIN TIRE CORP. C. A. 11th Cir. Certiorari denied.

No. 94–911. DOLNY *v.* ERICKSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 94–913. BERRY, PERSONAL REPRESENTATIVE OF THE ESTATE OF BERRY, DECEASED *v.* CITY OF DETROIT. C. A. 6th Cir. Certiorari denied.

No. 94–914. ADAMS ET AL. *v.* BARCLAYS AMERICAN BUSINESS CREDIT, INC. C. A. 6th Cir. Certiorari denied.